■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN DUNN, Appellant. [709 NYS2d 823] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barbaro, J.), rendered February 4, 1998, convicting him of robbery in the second degree and burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Moreover, the defendant's speedy trial motion was properly denied (*see,* CPL 30.30 [4]; *People v Jones,* 235 AD2d 297; *People v Taylor,* 217 AD2d 404).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Joy, J. P., Sullivan, Friedmann and H. Miller, JJ., concur.